*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-------------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Philip DiSalvio** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |

-------------------------------------------------------X    24-CV-04444 PMH

FROM:   VITO GENNA, CLERK
           UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK

TO:   RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Philip DiSalvio                       BANKRUPTCY CASE: **23-B-35055 (CGM)**
DATE OF FILING NOTICE OF APPEAL: 04/17/2024
BANKRUPTCY DOCUMENT #: 38

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

      _X_   FRBP 8009
      ___   Federal Rules of Civil Procedure (Rule _____)
      ___   28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
      ___   Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
           York.

| | |
|---|---|
| Dated:   **June 10, 2024** | Vito Genna, Clerk |
|           New York, New York | U.S. Bankruptcy Court, SDNY |
| | By:     Gwen Kinchen |
| |           Deputy Clerk |

### **ORDER**

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated:   White Plains, New York
          June 11, 2024
                                               _____
                                               PHILIP M. HALPERN
                                               United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

| | |
|---|---|
| District Court Document # _____ | Ruby J. Krajick, Clerk |
| |       District Court, SDNY |
| | By: _____ |
| |             Deputy Clerk |